JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 7 2005

## *DOCKET NO. 1456*

FILED
CLERK'S OFFICE .

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

*The County of Fulton v. Abbott Laboratories, Inc., et al.,* N.D. New York,
C.A. No. 6:05-519
*The County of Putnam v. Abbott Laboratories, Inc., et al.,* S.D. New York,
C.A. No. 1:05-4740
*The County of Genesee v. Abbott Laboratories, Inc., et al.,* W.D. New York,
C.A. No. 1:05-6206
*County of Steuben v. Abbott Laboratories, Inc., et al.,* W.D. New York,
C.A. No. 6:05-6223

## *CONDITIONAL TRANSFER ORDER (CTO-22)*

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for
the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. Since that time, 54 additional actions have been transferred to the District of
Massachusetts. With the consent of that court, all such actions have been assigned to the
Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are
common to the actions previously transferred to the District of Massachusetts and assigned to
Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation,
199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the
District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d
1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B.
Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United
States District Court for the District of Massachusetts. The transmittal of this order to said Clerk
shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of
opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be
continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

JWF, STAYED

# U.S. DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
# CIVIL DOCKET FOR CASE #: 6:05-cv-06223-MAT

County of Steuben v. Abbott Laboratories, Inc. et al
Assigned to: Hon. Michael A. Telesca
Related Case: 6:05-cv-06138-MAT
Cause: 8:287 Petition to Enforce INS Subpoena

Date Filed: 05/06/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Steuben**            represented by    **Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Agouran Pharmaceuticals, Inc.**

**Defendant**

**Allergan. Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number 67613.), filed by County of Steuben. (Attachments: # 1 part 2 of comp.# 2 part 3 of comp.# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E)(TO, ) (Entered: 05/09/2005) |

| 06/01/2005 | [2](#) | ORDER STAYING CASE pending the resolution of the transfer issue by the panel on multidistrict litigation. Signed by Hon. Michael A. Telesca on 5/31/05. (TO, ) (Entered: 06/02/2005) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/28/2005 16:18:43 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:05-cv-06223-MAT |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |