UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS<br>MDL NO. 1456 |

## ORDER OF CONSOLIDATION

      Case number 05cv11371-PBS is consolidated with civil action number 01-12257-PBS. All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.

      /s/ Patti B. Saris
      Patti B. Saris
      United States District Judge

Copies to: All Counsel      December 29, 2005